to the docket for reargument before a full bench. The issuance of the mandate is stayed. *William B. Jaspert* for petitioner. *Jo. Baily Brown* for respondent. 327 U. S. 758.

No. 203. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF HOLMES. February 4, 1946. 326 U. S. 480.

No. 306. MASON *v.* PARADISE IRRIGATION DISTRICT. February 4, 1946. 326 U. S. 536.

No. 375. WILSON *v.* UNITED STATES. February 4, 1946. 326 U. S. 788.

No. 382. BURT *v.* COE, COMMISSIONER OF PATENTS. February 4, 1946. 326 U. S. 789.

No. 409. PRICE *v.* UNITED STATES. February 4, 1946. 326 U. S. 789.

No. 520. POPE *v.* UNITED STATES. February 4, 1946. 326 U. S. 780.

No. 564. KITHCART *v.* METROPOLITAN LIFE INSURANCE Co. February 4, 1946. Second petition for rehearing denied. 326 U. S. 812.